■ M&T Real Estate Trust, Successor by Merger to M&T Real Estate, Inc., Respondent, v James J. Doyle, II, et al., Appellants. (Appeal No. 1.) [940 NYS2d 506]—Appeal from an order of the Supreme Court, Erie County (Michael L. D'Amico, A.J.), entered June 29, 2011 in a proceeding pursuant to RPAPL article 13. The order, among other things, granted plaintiff's motion for leave to enter a deficiency judgment against defendants.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Centra, J.P., Fahey, Lindley, Sconiers and Martoche, JJ.